# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| METRO BANK | : | No. 331 MAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| DOUGLASS E. HOWARD, JR., | : | |
| ADMINISTRATOR OF THE ESTATE OF | : | |
| MARGARET A. HOWARD, AND ALL | : | |
| UNKNOWN HEIRS TO THE ESTATE OF | : | |
| MARGARET A. HOWARD, DECEASED | : | |
| | : | |
| | : | |
| PETITION OF: DOUGLASS E. HOWARD, | : | |
| JR. | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.